**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF MILTON E. FOGG; MARY SALINAS FOGG, <br><br> Plaintiffs, <br><br> v. <br><br> SUN WEST MORTGAGE COMPANY INC.; DOES 1 THROUGH 50, <br><br> Defendants. | Case No. EDCV 13-00235 VAP (spx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 15, 2013

                                            VIRGINIA A. PHILLIPS <br>
                                        United States District Judge